UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL S. HOLCOMB,

                Plaintiff,

  v.

CHARLES BURNETT, JENNIFER MINKLER, GRAYS HARBOR COUNTY, GRAYS HARBOR COUNTY SHERIFF'S DEPARTMENT, CITY OF HOQUIAM, CITY OF HOQUIAM POLICE DEPARTMENT, SHANE KROHN, JAMES GADDIS, JEFF MYERS, STEWARD MENEFEE, CRAIG NEWMAN, MARK MCCAULEY, TED DUBRAY, GREG GILBERTSON, JEFF NILES, JOHN DOE BAULMOF, DENNIS LUSBY, JOHN DOE SHINN, BURNETT INSURANCE,

                Defendants.

No. C14-5087 RBL-KLS

ORDER GRANTING MOTION FOR EXTENSION

By Order dated February 4, 2014, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's Order. Dkt. 6. Plaintiff was given a deadline to amend or show cause by March 3, 2014. *Id.* On February 26, 2014, Plaintiff filed a motion for extension of time, requesting that his deadline be extended until April 3, 2014.

Accordingly, it is **ORDERED:**

ORDER GRANTING EXTENSION- 1

(1)   Plaintiff's motion for extension of time (Dkt. 7) is **GRANTED**. Plaintiff must show cause or file his amended complaint on or before **April 3, 2014.** Plaintiff is cautioned that if he fails to show cause or amend his complaint by **April 3, 2014**, the Court will recommend dismissal of this action as frivolous pursuant to 28 U.S.C. § 1915.

(2)   The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this 3rd day of March, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING EXTENSION- 2