UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL S. HOLCOMB,<br><br>                Plaintiff,<br><br>    v.<br><br>CHARLES BURNETT, JENNIFER MINKLER, GRAYS HARBOR COUNTY, GRAYS HARBOR COUNTY SHERIFF'S DEPARTMENT, CITY OF HOQUIAM, CITY OF HOQUIAM POLICE DEPARTMENT, SHANE KROHN, JAMES GADDIS, JEFF MYERS, STEWARD MENEFEE, CRAIG NEWMAN, MARK MCCAULEY, TED DUBRAY, GREG GILBERTSON, JEFF NILES, JOHN DOE BAULMOF, DENNIS LUSBY, JOHN DOE SHINN, BURNETT INSURANCE,<br><br>                Defendants. | No. C14-5087 RBL-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is **Dismissed without Prejudice** for failure to state a claim.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3)  The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 14th day of May, 2014.

　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2